

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

DON H. NGUYEN
**Assistant Corporation Counsel**
Phone: (212) 356-0839
Fax: (212) 356-2438
dnguyen@law.nyc.gov

May 1, 2014

**BY ECF** (Courtesy Copy by e-mail to Chambers)

Honorable Analisa Torres
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl St.
New York, New York 10007

>       Re    Fox v. City of New York, et al.
>             12 Civ. 4744 (AT)

Dear Judge Torres:

I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for the defendants in the above-referenced action. I write on behalf of both parties to request a 60-day extension of the discovery deadlines. This is the second joint-request for an extension of time to complete discovery in this matter.

Plaintiff, a sergeant with the Police Department of the City of New York ("NYPD") brings this action pursuant to Title VII and the New York State and City Human Rights Laws, alleging that he was subjected to discrimination based on his sexual orientation and gender.

On February 20, 2014, the parties jointly requested a 60-day extension of the fact and expert discovery deadlines due to counsels' conflicting schedules, the trial of another matter not before this Court, and the health concerns of plaintiff's counsel and her family. (Dkt. No. 27). Your Honor granted the-joint request. (Dkt. No. 28). Since that time, the parties have made further demands, and are currently in the process of conferring in good-faith on the remaining outstanding disclosures. Presently, two of the relevant witnesses have their respective depositions scheduled in the next-two weeks, and we anticipate that the remainder of the depositions, including those of three non-parties, to be proceed promptly thereafter.

Should Your Honor grant this request, the deadline for fact discovery would be extended from May 3, to July 2, 2014. The expert discovery deadline would be extended from June 17, to August 16, 2014. The parties thank you for consideration of this request.

**HONORABLE ANALISA TORRES**
United States District Judge
<u>Fox v. City of New York, et al.</u>
12 Civ. 4744
May 1, 2014
Page 2

                                              Respectfully submitted,

                                              /s/ *Don H. Nguyen*

                                              Don H. Nguyen
                                              Assistant Corporation Counsel

cc:      Ms. Linda Cronin, Esq.
           (via ECF)(Courtesy Copy by e-mail)